# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Target Accounts in Possession and Control of Google, LLC and Meta Inc. as described in Affidavit of FBI TFO Robert M. Hamilton on July 28, 2023

Case No. 0:23-cr-00838

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See description of Target Accounts on Attachment A of Affidavit of FBI TFO Robert M. Hamilton

located in the _Northern_ District of _California_, there is now concealed *(identify the person or describe the property to be seized)*:

See description of things to be seized at Attachment B to Affidavit of FBI TFO Robert M. Hamilton

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a), 2251(e); 2261A(2), 2, 875(b), 371 | (1) Production of Child Pornography and Aiding/Abetting; (2) Cyberstalking Resulting in Death; (3) Interstate Threat with Intent to Extort; (4) Criminal Conspiracy |

The application is based on these facts:

See Attached Affidavit of FBI TFO Robert M. Hamilton

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Robert M. Hamilton, Task Force Officer, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1, 41(d) (3)

Date: July 28, 2023

*Judge's signature*

City and state: Columbia, South Carolina

Shiva V. Hodges, United States Magistrate Judge
*Printed name and title*